IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Gregory Charles Krug,    #15503-075, | ) | C/A NO.  3:11-2323-CMC-JRM |
| | ) | |
| Petitioner, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| John R. Owen, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court on Petitioner's *pro se* motion titled "Second Request for Clarification." ECF No. 28 (filed June 20, 2013). Petitioner seeks clarification of what the court's "factual basis" was for the determination that Petitioner's claims contained in his § 2241 petition fail to trigger the savings clause of 28 U.S.C. § 2255.

This matter is closed and Petitioner's appeal of this court's previous order was dismissed by the Fourth Circuit Court of Appeals. *See Krug v. Owen*, 468 F. App'x 310 (4th Cir. 2012). Accordingly, no reason is present for providing further explanation of this court's prior ruling adopting the Report and Recommendation of the Magistrate Judge which thoroughly discussed the matter covered by Petitioner's motion. Therefore, Petitioner's motion is **denied**.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 24, 2013